ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_X_ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Sepulveda et al., <br><br> Plaintiffs, <br><br> v. <br><br> Wal-Mart Stores, Inc., et al., <br><br> Defendants. | NO. CV 04-1003 LGB (Ex) <br><br> **STANDING ORDER** |

**READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE UNLESS OTHERWISE ORDERED BY THE COURT.**

In an effort to provide the parties with consistent guidelines regarding their motion practice and to manage the Court's docket in conjunction with the Local Rules, the Court hereby adopts the following standing order concerning motion practice before the Court other than motions in limine:

1)  All motion hearing dates shall be cleared and assigned by the Courtroom Deputy, Catherine Jeang, BEFORE the motion is filed with the Clerk's office. The Courtroom Deputy will assign a hearing date six weeks after the date upon which counsel files the opening brief absent compelling circumstances. Failure to read or comply with this order is **not** a "compelling circumstance." Catherine Jeang may be reached at (213) 894-3700. The Court retains discretion to alter hearing dates in appropriate circumstances.

DOCKETED ON CM
APR 16 2004
BY

2)  **Failure to clear a hearing date with the Courtroom Deputy will likely result in the Court striking the motion.**

3)  The Court SETS the following briefing schedule for all motions:

   a)  Motions shall be filed no later than **six** weeks before the scheduled hearing date. Courtesy copies shall be provided to chambers;

   b)  Oppositions shall be filed no later **five** weeks before the scheduled hearing date. Courtesy copies shall be provided to chambers; and

   c)  Replies shall be filed no later than **four** weeks before the scheduled hearing date. Courtesy copies shall be provided to chambers.

4)  Wherever possible, parties shall confer among themselves to consolidate related motions and/or schedule related motions for the same hearing date. The parties are reminded that they must comply with the requirements of Local Rule 7-3 ("Conference of Counsel Prior to Filing Motions").

5)  The above schedule represents the Court's minimum expectations regarding motions. Parties and counsel are encouraged to agree on a mutually acceptable briefing schedule among themselves, taking into account these requirements in light of the complexity of any given motion.

6)  Ex parte applications are disfavored in the absence of a <u>**true emergency**</u>. Parties filing such applications shall include a short statement explaining why they believe their concerns require extraordinary attention. Such a statement shall indicate what

attempts were made to reach agreement with other parties concerning the issue(s) and why the parties were unable to come to an agreement. Stipulations are highly encouraged, whenever possible.

7) Opposing parties have 24 hours from the filing of such ex parte applications within which to respond or oppose the ex parte request. Responding parties must inform the Courtroom Deputy by telephone of their position.

8) Abuse of the ex parte application process may result in sanctions.

9) Plaintiff(s) shall serve a copy of this standing order on defendant(s).

**IT IS SO ORDERED.**

Dated: **April 15, 2004**

LOURDES G. BAIRD
United States District Judge