FILED
CLERK, U.S. DISTRICT COURT

DEC 2 1 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send          ✓
Enter         ____
Closed        ____
JS-5/JS-6     ____
JS-2/JS-3     ____
Scan Only     ____

DOCKETED ON CM

DEC 28 2004

BY _____ 064

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| DANIEL SEPULVEDA, et al., | ) | NO. CV 04-1003 LGB(Ex) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | SETTLEMENT CONFERENCE |
|  | ) | ORDER |
| WAL-MART STORES, INC. et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**PLEASE READ THIS ORDER CAREFULLY!**  The Honorable Lourdes G. Baird United States District Judge, has referred this case for a settlement conference.  Magistrate Judge Charles F. Eick will act as a settlement judge who will not be involved in the actual trial of the case and who will assist in an objective appraisal and evaluation of the lawsuit. The following are mandatory guidelines for the parties in preparing for the settlement conference.

1.  In addition to counsel who will try the case being present, a person with full settlement authority must likewise be present for the conference.  This requirement contemplates the presence of your client



or, if a corporate or governmental entity, an authorized

representative of your client.[1]  For a defendant, such representative

must have final settlement authority to commit the defendant to pay,

<u>in the representative's discretion</u>, a settlement amount recommended by

the settlement judge up to the plaintiff's prayer (excluding punitive

damage prayers in excess of $100,000.00) or up to the plaintiff's last

demand, whichever is <u>lower</u>.  For a plaintiff, such representative must

have final authority, <u>in the representative's discretion</u>, to authorize

dismissal of the case with prejudice, or to accept a settlement amount

recommended by the settlement judge down to the defendant's last

offer.  The purpose of this requirement is to have representatives

present who can settle the case during the course of the conference

without consulting a superior.


    2.  If Board approval is required to authorize settlement,

attendance of the entire Board is requested.  The attendance of at

least one sitting member of the Board (preferably the Chairman) is

<u>absolutely required</u>.


    3.  Counsel appearing without their clients (whether or not you

have been given settlement authority) will cause the conference to be

cancelled and rescheduled.  The noncomplying party, attorney, or both,

[1]  However, if the United States or a federal agency is a party,
an Assistant U.S. Attorney may appear without a representative.
<u>See</u> Local Rule 23.6.2.
    Additionally, the Court may grant any client or client
representative leave to be available by telephone rather than in
person, upon a particularized showing, made in advance of the
conference, that a personal appearance would involve significant
hardship.

2

1  may be assessed the costs and expenses incurred by other parties and

2  the court as a result of such cancellation, as well as any additional

3  sanctions deemed appropriate.

4

5       4.  Any insurance company that is a party or is contractually

6  required to defend or to pay damages, if any, assessed within its

7  policy limits in this case, must have a fully authorized settlement

8  representative present at the conference.  Such representative must

9  have final settlement authority to commit the company to pay, <u>in the</u>

10  <u>representative's discretion</u>, an amount recommended by the settlement

11  judge within the policy limits.  The purpose of this requirement is to

12  have an insurance representative present who can settle the

13  outstanding claim or claims during the course of the conference

14  without consulting a superior.  An insurance representative authorized

15  to pay, in his discretion, up to the plaintiff's last demand will also

16  satisfy this requirement.  Counsel of record will be responsible for

17  timely advising any involved non-party insurance company of the

18  requirements of this Order.

19

20       5.  The settlement judge may, in his discretion, converse with

21  the lawyers, the parties, the insurance representatives, or any one of

22  them outside of the hearing of the other.

23

24       6.  Prior to the settlement conference, the attorneys are

25  directed to discuss settlement with their respective clients and

26  insurance representatives, so the parameters of settlement have been

27  explored well in advance of the settlement conference.

28  ///

3

7.   A settlement conference statement of each party must be submitted <u>directly to the chambers of the settlement judge, (Room 342)</u>, no later than **February 1, 2005,** setting forth the relevant positions of the parties concerning the factual issues, issues of law, damages, and the settlement negotiation history of the case, including a recitation of any specific demands and offers that may have been conveyed.   Damages must be itemized fully.   Copies of your settlement conference statements need not be served upon opposing counsel.   The settlement conference statement may not exceed five (5) pages in length and will not be made a part of the case file.

8.   The purpose of the settlement conference is to permit an informal discussion between the attorneys, parties, non-party indemnitors or insurers, and the settlement judge, of every aspect of the lawsuit bearing on its settlement value.

9.   Neither the settlement conference statements nor communications of any kind occurring during the settlement conference can be used by any party with regard to any aspect of the litigation or trial of the case.

///
///
///
///
///
///
///
///

4

1   10. The settlement conference is set for Tuesday, the 8th day of

2 February, 2005, at 3:00 p.m., in Courtroom 20, United States

3 Courthouse, 312 North Spring Street, Los Angeles, California.

4

5   DATED: December 21, 2004.

6

7

8           CHARLES F. EICK
        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28