ORIGINAL

Priority
Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: CV04-1003 LGB (Ex)       Date: February 3, 2005

Title: Daniel Sepulveda v. Wal-Mart Stores, Inc.

================================================================
DOCKET ENTRY
================================================================

PRESENT: Hon. Lourdes G. Baird, United States District Judge

    Catherine Jeang                Lisa Gonzalez
    Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                         None Present

PROCEEDINGS:   In Chambers

    The Court held a telephone conference regarding changing dates in the case. The Court stated that it would re-issue the Minute Order dated October 18 which is attached.

    **Discovery on damages is stayed** until after entry of a decision on class certification. The Court also **vacates all dates** in the case **and sets the following dates:**

    Settlement Completion Cut-off:        July 15, 2005
    Factual Discovery Cut-off:            Aug. 15, 2005
    Exchange of Expert Reports:           Sept. 15, 2005
    Exchange of Rebuttal Reports:         Oct. 15, 2005
    Expert Discovery Cut-off:             Dec. 20, 2005.
    Motion for Class Certification:       Dec. 15, 2005
    Oppositions to Motion:                Jan. 15, 2006
    Replies to Motion for Class Cert:     Feb. 6, 2006

    Fact Discovery Cut-off related to damages:   June 6, 2006
    Exchange Expert Reports related to damages:  July 6, 2006
    Exchange Rebuttal Reports related to damages: August 6, 2006

    Cut-off for filing motions:           Sept. 6, 2006

1


DOCKETED ON CM
FEB - 7 2005
BY          007

Pre-trial Conference:    Dec. 4, 2006
Trial:    Dec. 19, 2006

Deputy Clerk _____

SCANNED