Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. CV 04-1003-LGB(Ex)               Date: February 8, 2005

Title: DANIEL SEPULVEDA, et al.  -vs- WAL-MART STORES, INC., et al.
===============================================================
DOCKET ENTRY



===============================================================
PRESENT:

    HON. CHARLES F. EICK, MAGISTRATE JUDGE


    Stacey Pierson                            05-1
        Deputy Clerk                      Tape Number

ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:

Robert Drexler, Jr.                 Lawrence DiNardo
Steven Pearl                        Michael Gray
John Quisenberry
Daniel Crawford

PROCEEDINGS: SETTLEMENT CONFERENCE


        Case called.  Counsel make their appearances.  The
    Court hears discussion.  Parties retire to proceed with
    the settlement conference.

        Settlement is not reached.




DOCKETED ON CM

FEB 1 8 2005

BY _____ 064

initials of Deputy Clerk _____

29