FILED
CLERK, U.S. DISTRICT COURT

APR 1 2 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DANIEL SEPULVEDA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 04-1003- LGB(Ex) |
| v. | |
| WAL-MART STORES INC | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

APRIL 12, 2005
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge __DALE S. FISCHER__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __DSF__ after the case number in place of the initials of the prior judge so that the case number will read __CV04-1003 - DSF(Ex)__.

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

ORDER RETURNING CASE FOR REASSIGNMENT

CV-89 (01/05)

ENTERED ON CM  4/12/05