John N. Quisenberry, Esq. (SBN 94751)
Robert J. Drexler, Jr., Esq. (SBN 119119)
Daniel A. Crawford, Esq. (SBN 187807)
THE QUISENBERRY LAW FIRM
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Fax: (310) 785-0254

Steven G. Pearl, Esq. (SBN 163381)
LAW OFFICES OF STEVEN G. PEARL
16830 Ventura Blvd., Suite 310
Encino, California 91436-1724
Telephone: (818) 995-8300
Fax: (818) 995-8301

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIEL SEPULVEDA, ANITA PEREZ, and ANTONIO PRANGNER, Individually and on Behalf of all similarly Situated Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 04-1003 DSF (EX)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE MOTION AND EXHIBITS UNDER SEAL**<br><br>Trial Date: December 20, 2006 |

The Court having considered Plaintiffs' Application to file a Motion for Protective Order, and related exhibits, under seal pursuant to Local Rule 79-5.1, and for good cause showing, the Court hereby orders as follows:

1. Plaintiffs' Application is granted;

2. Plaintiffs' Motion for Protective Order, and related exhibits, which were submitted with the Application shall be filed under seal;

1  3.  Any member of the public shall have the right to challenge the sealing of
2  the Motion and exhibits; and,
3  4.  Plaintiffs' counsel shall give notice of this Order to all parties.
4
5  SO ORDERED.
6
7
8  DATED: 7/24/05
9  
Hon. Charles F. Eick
United States Magistrate Judge

# PROOF OF SERVICE - C.C.P. §1013a, 2015.5

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is THE QUISENBERRY LAW FIRM, A Professional Corporation, 2049 Century Park East, Suite 2200, Los Angeles, California 90067.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on July 22, 2005, I caused to be served the copies of the attached:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE MOTION AND EXHIBITS UNDER SEAL**

on the parties in said action as follows:

☒ **(BY REGULAR MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Los Angeles, California, addressed as follows:

☐ **(BY OVERNIGHT MAIL)** by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the _____ carrier/box at Los Angeles, California, addressed as follows:

☐ **(BY FACSIMILE)** by placing a true copy thereof into a facsimile machine addressed to the person, address and facsimile number, as follows:

☐ **(BY PERSONAL SERVICE)** by causing to be personally delivered by hand and leaving a true copy with the person and/or secretary at the address shown below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 22, 2005, at Los Angeles, California.

SUSAN H. AVANT                    [Signature]
[Print Name]

157017.1

## SERVICE LIST

| | |
|---|---|
| Steven G. Pearl, Esq.<br>Law Offices of Steven G. Pearl<br>16830 Ventura Blvd., Suite 310<br>Encino, CA 91436-1724 | Attorneys for Plaintiffs<br>Telephone: (818) 995-8300<br>Facsimile: (818) 995-8301 |
| Steve Katz, Esq.<br>Jones Day<br>555 South Flower Street, 50th FL.<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539 |
| Lawrence C. DiNardo, Esq.<br>Michael J. Gray, Esq.<br>Kathy Stieber, Esq.<br>Jones Day<br>77 West Wacker Dr.<br>Chicago, IL 60601-1692 | Attorneys for Defendant<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585 |

157017.1