| | |
|---|---|
| Steven B. Katz (SBN 139078)<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 243-2463<br>Facsimile: (213) 243-2539<br><br>Lawrence C. DiNardo (pro hac vice)<br>Michael J. Gray (pro hac vice)<br>JONES DAY<br>77 West Wacker Drive<br>Chicago, Illinois 60601-1692<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br><br>Attorneys for Defendant<br>WAL-MART STORES, INC. | John N. Quisenberry (SBN 94751)<br>Robert J. Drexler, Jr. (SBN 119119)<br>Daniel A. Crawford (SBN 187807)<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East, Suite 2200<br>Los Angeles, CA 90067<br>Telephone: (310) 785-7966<br>Facsimile: (310) 785-0254<br><br>Steven G. Pearl (SBN 163381)<br>LAW OFFICES OF STEVEN G. PEARL<br>16830 Ventura Blvd., Suite 310<br>Encino, California 91436-1724<br>Telephone: (818) 995-8300<br>Facsimile (818) 995-8301<br><br>Attorneys for Plaintiffs<br>SEPULVEDA, ET AL. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIEL SEPULVEDA, ANITA PEREZ, and ANTONIO PRANGNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation, and Does 1 through 100, inclusive,<br><br>Defendants.<br><br>AIMEE REINER et al.<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant. | Case No. 04-CV-1003-DSF-E;<br>Case No. 05-CV-00370-DSF-E<br><br>**STIPULATION RE SUPPLEMENTAL ORDER RE CIVIL JURY TRIAL; [PROPOSED] ORDER** |

Plaintiffs Daniel Sepulveda, Anita Perez, and Antonio Prangner, individually and on behalf of all similarly situated individuals, Aimee Reiner, through her counsel, and Defendant Wal-Mart Stores, Inc., (collectively, the "Stipulating Parties") through their attorneys of record, stipulate and request that the Order Re

Jury Trial ("Order") entered by the Court on April 18, 2005, be supplemented and modified. The Stipulating Parties agree that the modification of certain existing deadlines and the addition of deadlines for damages discovery and class certification will clarify the Order and aid the parties in case management.

The Stipulating Parties propose that the Order be modified (1) to incorporate dates related to both damages expert and non-damages expert discovery and to extend the deadline for the exchange of non-damages expert information, (2) to incorporate a briefing schedule for class certification, and (3) to extend the deadline for filing of dispositive motions. The proposed changes do not affect the date of trial, which is set for December 19, 2006.

In light of the need for clarification and upcoming deadlines, the Stipulating Parties propose the Order be modified as follows:

(1) The expert witness exchange schedule be supplemented and revised to reflect the following dates for damages and non-damages experts:

- Initial Exchange of Non-Damages Expert Reports - October 14, 2005;
- Non-Damages Expert Rebuttal - November 15, 2005;
- Non-Damages Expert Discovery Cut-Off - January 16, 2006;
- Damages Fact Discovery Cut-Off - August 15, 2006;
- Initial Exchange of Damages Expert Reports - September 15, 2006;
- Damages Expert Rebuttal - October 7, 2006;
- Damages Expert Discovery Cut-Off - November 1, 2006.

(2) The briefing scheduling for class certification be set as follows:

- Motion for Class Certification - February 15, 2006;
- Response to Motion for Class Certification - March 15, 2006;
- Reply to Motion for Class Certification - April 7, 2006.

(3) The deadline for the ~~filing~~ hearing of dispositive motions be extended to October 2, 2006, @ 1:30 p.m.

1   In the event that the Court has concerns regarding the dates proposed in this
2   stipulation, the Parties are, of course, amenable to a status conference to address the
3   proposed dates further.
4   SO STIPULATED.
5   Dated:                                    JONES DAY
6
7                                             By:_____
                                              Steven B. Katz (State Bar No. 139078)
8                                             Lawrence C. DiNardo (pro hac vice)
                                              Michael J. Gray (pro hac vice)
9                                             Attorneys for Defendant
                                              WAL-MART STORES, INC.
10  Dated: 8/31/05                            THE QUISENBERRY LAW FIRM
11
12                                            By:_____
                                              Robert J. Drexler, Jr. (SBN 119119)
13                                            Daniel A. Crawford (SBN 187807)
                                              Attorney for Plaintiffs
14                                            SEPULVEDA, ET AL.
15  Dated:                                    LAW OFFICES OF STEVEN G. PEARL
16
17                                            By:_____
                                              Steven G. Pearl (SBN 163381)
                                              Attorney for Plaintiffs
18                                            SEPULVEDA, ET AL.
19
                               **ORDER**
20
    The parties having stipulated to the foregoing, and for good cause appearing
21  therefor, IT IS SO ORDERED.
22  Dated: September 2, 2005
23                                            _____
                                              Hon. Dale S. Fischer
24                                            United States District Court Judge
25
    NOTE CHANGE
26
27
28

CHI-1494308v1                                           Case No. 04-CV-1003-DSF-E; Case No. 05-CV-00370-DSF-E
                                                        STIPULATED [PROPOSED] SUPPLEMENTAL
                               3                                    ORDER RE CIVIL JURY TRIAL

In the event that the Court has concerns regarding the dates proposed in this stipulation, the Parties are, of course, amenable to a status conference to address the proposed dates further.

SO STIPULATED.

Dated:                     JONES DAY

By:_____
Steven B. Katz (State Bar No. 139078)
Lawrence C. DiNardo (pro hac vice)
Michael J. Gray (pro hac vice)
Attorneys for Defendant
WAL-MART STORES, INC.

Dated:                     THE QUISENBERRY LAW FIRM

By:_____
Robert J. Drexler, Jr. (SBN 119119)
Daniel A. Crawford (SBN 187807)
Attorney for Plaintiffs
SEPULVEDA, ET AL.

Dated: August 31, 2005      LAW OFFICES OF STEVEN G. PEARL

By: /s/ Steven G. Pearl
Steven G. Pearl (SBN 163381)
Attorney for Plaintiffs
SEPULVEDA, ET AL.

## ORDER

The parties having stipulated to the foregoing, and for good cause appearing therefor, IT IS SO ORDERED.

Dated: September \_\_\_, 2005     _____
Hon. Dale S. Fischer
United States District Court Judge

CHI-1494308v1

Case No 04-CV-1003-DSF-E; Case No. 05-CV-00370-DSF-E
STIPULATED[PROPOSED] SUPPLEMENTAL
ORDER RE CIVIL JURY TRIAL

3 A

1  In the event that the Court has concerns regarding the dates proposed in this
2  stipulation, the Parties are, of course, amenable to a status conference to address the
3  proposed dates further.
4  SO STIPULATED.

5  Dated: 7/1/05                           JONES DAY

6                                          By: /s/ Michael J. Gray
7                                          Steven B. Katz (State Bar No. 139078)
                                           Lawrence C. DiNardo (pro hac vice)
8                                          Michael J. Gray (pro hac vice)
                                           Attorneys for Defendant
9                                          WAL-MART STORES, INC.

10 Dated:                                  THE QUISENBERRY LAW FIRM
11
12                                         By:
                                           Robert J. Drexler, Jr. (SBN 119119)
13                                         Daniel A. Crawford (SBN 187807)
                                           Attorney for Plaintiffs
14                                         SEPULVEDA, ET AL.

15 Dated:                                  LAW OFFICES OF STEVEN G. PEARL
16
17                                         By:
                                           Steven G. Pearl (SBN 163381)
                                           Attorney for Plaintiffs
18                                         SEPULVEDA, ET AL.

19                                      **ORDER**
20
   The parties having stipulated to the foregoing, and for good cause appearing
21 therefor, IT IS SO ORDERED.
22
   Dated: September ___, 2005
23                                         _____
                                           Hon. Dale S. Fischer
24                                         United States District Court Judge
25
26
27
28

CHI-1494308v1

3 B

Case No. 04-CV-1003-DSF-E; Case No 05-CV-00370-DSF-E
STIPULATED[PROPOSED] SUPPLEMENTAL
ORDER RE CIVIL JURY TRIAL