**ORIGINAL**

FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT DESIGNATION AND ORDERING FORM

2006 AUG 21 PM 2:59

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

| 06-56090 | CV 04-1003 DSF (Ex) |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |

| Sepulveda v. Wal-Mart Stores, Inc. | August 11, 2006 |
|---|---|
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 04/17/06 | Pamela A. Seijas | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☒ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) Transcript has previously been prepared. |
| 04/24/06 | Pamela A. Seijas | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☒ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) Transcript has previously been prepared. |
| 06/26/06 | Pamela A. Seijas | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☒ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) Transcript has previously been prepared. |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER | DATE TRANSCRIPT ORDERED: August 21, 2006 |
|---|---|
| Daniel A. Crawford<br>The Quisenberry Law Firm<br>2049 Century Park East, Suite 2200<br>Los Angeles, CA 90067<br>(310) 785-7966 | *(signature)* Daniel A. Crawford<br>SIGNATURE<br>ATTORNEY/PRO PER LITIGANT |

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

DOCKETED ON CM
AUG 25 2006
BY ___ 184

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97) CA9-036(10/01/82)

COPY ONE

126

# PROOF OF SERVICE - C.C.P. §1013a, 2015.5

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is THE QUISENBERRY LAW FIRM, A Professional Corporation, 2049 Century Park East, Suite 2200, Los Angeles, California 90067.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on August 21, 2006, I caused to be served the copies of the attached:

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

on the parties in said action as follows:

☒ **(BY REGULAR MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Los Angeles, California, addressed as follows:

☐ **(BY OVERNIGHT MAIL)** by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the _____ carrier/box at Los Angeles, California, addressed as follows:

☐ **(BY FACSIMILE)** by placing a true copy thereof into a facsimile machine addressed to the person, address and facsimile number, as follows:

☐ **(BY PERSONAL SERVICE)** by causing to be personally delivered by hand and leaving a true copy with the person and/or secretary at the address shown below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 21, 2006, at Los Angeles, California.

SUSAN H. AVANT  
[Print Name]          [Signature]

157017.1

## SERVICE LIST

| | |
|---|---|
| Steven G. Pearl, Esq.<br>The Pearl Law Firm<br>A Professional Corporation<br>16133 Ventura Blvd., Suite 625<br>Encino, CA 91436-2412 | Attorneys for Plaintiffs<br>Telephone: (818) 995-8300<br>Facsimile: (818) 995-8301 |
| Steve Katz, Esq.<br>Jones Day<br>555 South Flower Street, 50th FL.<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539 |
| Lawrence C. DiNardo, Esq.<br>Michael J. Gray, Esq.<br>Elizabeth McRee, Esq.<br>Jones Day<br>77 West Wacker Dr.<br>Chicago, IL 60601-1692 | Attorneys for Defendant<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585 |
| Xuan-Thu T. Phan<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA 94014 | Attorneys for Defendant<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| Marc Primo, Esq.<br>Mark Yablonovich, Esq.<br>Initiative Legal Group<br>1875 Century Park East, Suite 1800<br>Los Angeles, CA 90067 | Attorneys for Plaintiff Aimee Reiner<br>Telephone: (310) 556-5637<br>Facsimile: (310) 861-9051 |
| Mark D. Kemple, Esq.<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614-6232 | Attorneys for Defendant in Reiner<br>Telephone: (949) 851-3939<br>Facsimile: (949) 553-7539 |
| Pamela A. Seijas, CSR, FCRR<br>Official Court Reporter<br>Roybal Federal Building<br>255 E. Temple St., Room 181-I<br>Los Angeles, CA 90012 | Via Personal Delivery |

THE QUISENBERRY LAW FIRM

157017.1