Case 2:04-cv-01003-DSF-E Document 130 Filed 09/08/06 Page 1 of 1 Page ID #:237

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
AUG 25 2006
FILED
DOCKETED

CLERK, U.S. DISTRICT COURT
SEP -8 2006
CENTRAL DISTRICT
DEPUTY

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
AUG 25 2006

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
SEP 25 2006

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

*Please Fill Out Completely*

**CASE INFORMATION:**
Short Case Title: Daniel Sepulveda et al v. Wal-Mart Stores Inc. et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name Central California, LA Hon. Dale S. Fischer
Criminal and/or Civil Case No. CV04-01003-DSF(Ex)
Date Complaint/Indictment/Petition Filed: 02/13/2004
Date Appealed order/judgment *entered*: 5/08/06
Date NOA *filed*: 8/21/06
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 8/21/06            Date Docket Fee Billed: _____
Date FP granted: _____                  Date FP denied: _____
Is FP pending? ☐ yes ☐ no                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:                       Appellee Counsel:

Daniel A Crawford                        Steve Katz
Quisenberry Law Firm                     555 South Flower Street, 50th Floor
2049 Century Park East, Ste 2200         Los Angeles, CA 90071
Los Angeles, CA 90067                    Tel: 213 243-2539
Tel: 310 785-7966

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID _____                       Address: _____
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____                    9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: L. Rendon
                                                    213 894-3570

A-8 (08/02) (CA9-014)          NOTICE OF APPEAL NOTIFICATION FORM

CLERK'S OFFICE U.S.D.C.
LOS ANGELES
8/21/2006 3:16:43 PM  Receipt #: 87855
Cashier : ABELLANY [LA 1-1]
Paid by: THE QUISENBERRY LAW FIRM
2:CV04-01003
2006-086900   Appeals Filing Fees(1)
Amount :                          $105.00
2:CV04-01003
2006-510000 Judicial Services ($150.00)(1)
Amount :                          $150.00
2:CV04-01003
2006-086400 Appeals Filing fee - Special(1)
Amount :                          $200.00
Check Payment : 54464 /           455.00
Total Payment :                   455.00

DOCKETED ON CM
SEP -8 2006
BY R  184