**FILED**

UNITED STATES COURT OF APPEALS

OCT 10 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL SEPULVEDA; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>WAL-MART STORES INC.,<br><br>Defendant - Appellee. | No. 06-56090<br><br>D.C. No. CV-04-01003-DSF<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: SCHROEDER, WARDLAW, and TALLMAN, Circuit Judges.

The appellee's motion for leave to file a reply brief in support of the petition for rehearing en banc is GRANTED.

The proceedings in the above-captioned case are stayed pending the final disposition in <u>Dukes v. Wal-Mart, Inc.</u>, Nos. 04-16688, 04-16720, 509 F.3d 1168 (9th Cir. 2007).