UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-6759 DSF (JWJx) Consolidated with CV 04-1003-DSF(Ex): | Date | 12/18/08 |
|---|---|---|---|

Title: *Ron Mendez, et al. v. Wal-Mart Stores, Inc.*

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS): **ORDER RE CONSOLIDATION AND STAY**

    The Court has deemed this case to be related to *Sepulveda v. Wal-Mart Stores, Inc.*, CV 04-1003 DSF (Ex). The parties responded to the Court's December 1, 2008 Order to Show Cause by agreeing that the matters should be consolidated with the *Sepulveda* matter for all purposes and stayed pursuant to the Order of the Ninth Circuit issued in that matter on October 10, 2008.

IT IS SO ORDERED.

Deputy Clerk: dp